IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OMAR AHMED KHADR | ) | |
| | ) | |
| FATMAH ELSAMNAH, | ) | |
| As Next Friend Of | ) | |
| OMAR AHMED KHADR | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. _____ |
| | ) | |
| GEORGE WALKER BUSH, | ) | |
| President of the United States | ) | |
| | ) | |
| DONALD RUMSFELD, | ) | |
| Secretary, United States | ) | |
| Department of Defense | ) | |
| | ) | |
| MAJ. GEN. GEOFFERY MILLER, | ) | |
| Commander, Joint Task | ) | |
| Force - GTMO | ) | |
| Guantánamo Bay Naval Station | ) | |
| Guantánamo Bay, Cuba | ) | |
| | ) | |
| ARMY COL. NELSON J. CANNON, | ) | |
| Commander, Camp Delta | ) | |
| Guantánamo Bay Naval Station | ) | |
| Guantánamo Bay, Cuba | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF FATMAH ELSAMNAH

I, **FATMAH ELSAMNAH,** of 3 Khartoum Avenue, Scarborough, Ontario,
Canada, being duly sworn, depose and state as follows:

1.     I am the grandmother of the First Petitioner, Omar and am co-petitioning this
court as his Next Friend, and as such have knowledge of the matters hereinafter
deposed.

2.     The First Petitioner is presently detained by the United States military at Camp X-Ray, Guantánamo Bay Naval Station, Cuba (Guantánamo). He has been detained there since approximately the late fall of 2002. To my knowledge, he has never been charged with any offence, nor has he ever been permitted to receive visits from his family or legal counsel. Nor has he been brought before a judicial officer of any properly constituted court or tribunal since his detention.

3.     From my knowledge of his nature, I know that Omar would want me to take legal proceedings on his behalf and to challenge the lawfulness of his detention. To this end, I have retained the services of two Edmonton area solicitors, Messrs. Dennis Edney and Nathan Whitling.

4.     I have received several brief postcards and messages from Omar marked "CLEARED BY U.S. FORCES" which indicate that he has been assigned Detainee identification "JJJGFF". Omar has asked many times why I do not write to him.

5.     In fact I have attempted to write letters to Omar through the Red Cross. In these letters I have tried to tell Omar that I have retained lawyers to try and help him. To my knowledge, Omar has not been provided with these letters.

6.     It is my belief based on everything I know about Omar, that my grandson is seeking my assistance and support and would want me to take appropriate legal action on his behalf. Consequently, I wish to act as his "next friend." In this capacity, I have retained and hereby request and authorize Michael Ratner, attorney, of the Center for Constitutional Rights (CCR) in New York, and any lawyers associated with CCR, to act on my own and my grandson Omar's behalf and to take whatever legal steps they consider to be in our best interests.

7.     After my parents moved to Egypt from Palestine, I was born on August 19, 1939. I married my husband Mohammed ElSamnah 48 years ago, in 1956, while we were living in Egypt.

8.     My first three children were born while we lived in Egypt. My eldest child is my daughter, Maha, who was born on July 30, 1957. She is Omar's mother.

9.     We moved from Egypt to Saudi Arabia in 1961. My fourth child was born in that country.

10.    My husband had no formal education. He and his brother had a store together, and I recall that they had discussions that work prospects were better in Canada than in Saudi Arabia. My husband's brother moved to Canada, and my husband and I discussed the idea of moving our family to join his brother in Canada to make a better life for ourselves. My husband, our four children and myself migrated to Canada on August 1, 1974. My fifth child was born in Canada.

11.   After we arrived in Canada, my daughter, Maha, began her schooling in Canada when she was 17 years old at T.L. Kennedy Secondary School in Mississauga, Ontario.

12.   It was around two years later that Maha met Ahmed Said Khadr, Omar's father. Ahmed Said Khadr was around 20 years old, I recall, working on his Master's degree in computer engineering in Ottawa, Ontario.

13.   In 1977 they were married in a secular wedding. A religious wedding took place roughly one year later, in 1978.

14.   My parents brought me up with the traditional Muslim ideals as set out in the Quran. These ideals included morality in speech and action, respect for others, the requirement that you never take another life, and the sanctity of family. Although my children were all schooled in the public school system, all of them having attended T.L. Kennedy Secondary School, I instilled these ideals in my children, as well.

15.   After Maha married Ahmed Said, she went with him to Ottawa, where they stayed until he finished his Master's degree. They remained there after he was hired by Bell Canada, working in the telecommunications field.

16.   In Ottawa, they had a number of children. Their first daughter, Zayneb, was born in October, 1979. Their son Abdullah was born in April, 1981, and their second son Abdurahman was born in December, 1982. In 1985, they gave birth to Ibrahim, a boy who passed away a few years later in January, 1988. Omar was born on September 19, 1986, and his younger brother Abdulkareem was born in 1989. Maryam, their youngest daughter, was born in 1991.

17.   I recall that the family lived in Ottawa until 1982. After a couple years, Bell Canada had let Ahmed Said go during a downsizing. He stayed in Ottawa looking for work, but was unable to find employment there. I recall that around this time he had suffered some injuries in a car accident, and was going for regular therapy.

18.   Ultimately, he found work in Bahrain, teaching at the Polytechnic University. I believe that he was teaching computers and mathematics. Since this was in the early 1980's, Omar would not have even been born, yet.

19.   After his contract was finished teaching in Bahrain, in around 1984 Ahmed Said found work in Pakistan managing at different time various relief organizations for Afghanistan. As I recall, this work was generally based in Pakistan, and involved finding doctors to work with orphans and the injured in Afghanistan.

20.   Ahmed Said would regularly return to Canada, sometimes with the children, sometimes alone. When Maha was pregnant with Omar in 1986, she returned to Canada and stayed in my home for a number of months. Even after Omar was

born, Maha would return with the children to Canada and stay at my home for a few months yearly.

21.  I recall that in 1995 I went to visit Maha, Ahmed Said, and my grandchildren in Pakistan for around a month. I was thrilled to see my grandchildren, but I did not enjoy the stay. The amenities in Pakistan could not compare to those in Canada, and I enjoy the conveniences of life in North America.

22.  When my daughter was abroad she would call me and write to me often, and we would talk freely. I recall that she would tell me how Ahmed Said would often get so caught up in his work that he did not spend much time raising the children.

23.  From our discussions I believe that my daughter raised her children with the same values that I was raised with, and that I instilled in her – respect for human life being paramount. I was never given any reason to believe that she or her husband was teaching anything negative to their children about North America. In fact, to the opposite, when the children came here for visits, they deeply enjoyed their time in Canada.

24.  I recall that when I spoke to the family about Omar I would be told how much he enjoyed school, loved to read, and worked hard to achieve in class. He always obeyed the rules in class, never skipped, always did his homework.

25.  He also loved to stay fit – he played soccer, and exercised at a local kung fu studio in Pakistan. When he was 14 he was average build for an adolescent, around 5'7"; taller than me.

26.  He was very close to his mother, and wanted to make her happy. He was a very honest child – when his brothers would play a joke on each other he would always be the one to go back to their mother to explain what happened.

27.  Omar never got into trouble, and he certainly never had any problems with the police.

28.  Ahmed Said never had any problems with the police, either, until 1995 when it was alleged that he was involved in the bombing of an Egyptian embassy.

29.  In 1995 Omar was 9 years old. Ahmed Said was arrested, and spent 6 months in jail in Islamabad. 3 of those months were spent in a hospital because he was on a hunger strike to protest his innocence.

30.  Jean Chretien, ex-prime minister of Canada, became involved in making representations on his behalf, and after a period of time Ahmed Said was released on bail.

31. Omar and his brothers came to Canada and lived in my home in 1996. After they lived there for around 3 or 4 months, Ahmed Said returned to Canada and he also lived in my home. They all stayed in my home together for around another 3 or 4 months.

32. Of all the children, Omar was the kindest and most respectful. He was very polite and clean, and would often offer to help with household chores.

33. My husband, his grandfather, was also very fond of him. Especially during the summer, whenever my husband would go to the mosque for prayers, afterwards Omar and him would go to the Scarborough Bluffs Park and spend time together talking and feeding the pigeons.

34. After the children had stayed at my home for around 7 or 8 months, their father decided to take the family back to Pakistan. His bail required him to return to address his charges.

35. I asked Ahmed Said to let the children stay in Canada, but he would hear nothing of it. Maha diligently followed his wishes, and the entire family returned to Pakistan around the end of 1996 or beginning of 1997.

36. I understand that Ahmed Said's charges were ultimately dismissed by the courts.

37. After this, Ahmed Said no longer had employment in Pakistan. I was told that rather than working for any other humanitarian aid organization, he started his own organization. The cost of living was very high in Pakistan, and since he was mainly working in Afghanistan with orphans, and many Afghanis were moving back from Pakistan anyways, the family moved to Kabul, Afghanistan to live. Ahmed Said continued working with orphans and others in humanitarian aid.

38. I have been told that on November 11, 2001 Ahmed Said instructed Abdurahman to hire a truck to move the family belongings out of their house and into one of the orphanages. Kabul was being bombed, and so it seemed natural to move to the quieter area where the orphanage was located.

39. I have been further advised that when Abdurahman got the truck, he and Omar loaded it up. Omar then rode on top of the truck, Abdurahman rode inside. They were laughing and playing on the drive, but when they got to the orphanage Abdurahman realized that he had no money with him to pay the driver.

40. After they unloaded the truck I am told that Omar stayed at the orphanage, and Abdurahman went with the driver, hoping to go back to Kabul to meet with Ahmed Said to get some money for the driver.

41. I am told that, because of the late hour, the driver suggested to Abdurahman that he stay at his house that night and they would go in the morning to get the money.

42.   I am advised that in the morning, when they were en route to get the money, Abdurahman was taken into custody by a group of people who identified themselves as the Northern Alliance. They threatened to sell him to "the Intelligence" unless he paid them.

43.   I am told that a person who identified himself as a former commander of the Northern Alliance told Abdurahman that he would have to pay $10,000 US or else the commander would surrender him to the Americans. A month later the ransom doubled.

44.   I was never aware of all of this at the time, but I do recall that at some point an unknown person called me demanding $2000.00. I called back, but was unable to provide the money.

45.   Eventually, after around two and a half months with this commander, I am told that Abdurahman was sent to the Afghani Interim Government Interior Ministry. During this time I am told that Abdurahman had no contact with his father.

46.   The Ministry was unsure of what to do with Abdurahman. I was told that he was never advised of the reason why he was being held – only that he was an Arab, and they wanted to question him. He was held as a guest of the Ministry for one and a half months.

47.   I am advised that he was then held for a further month and a half, now as a detainee instead of as a guest.

48.   I am told that Abdurahman was detained for a further month and a half by the National Directorate of Security, and I am told that he then moved to a second detention center where he stayed for a further month and a half.

49.   I am advised that he was then moved to an American detention center, where he stayed for 9 months. He indicates that he was questioned by the Americans on a regular basis there.

50.   He was then moved to Bagram for 10 days, and then flown to Guantanamo Bay Naval Station in Guantanamo Bay, Cuba.

51.   Abdurahman stayed in Guantanamo Bay for seven or eight months. While there he discovered in December of 2002 that Omar had been arrested on July 27, 2002, when Omar was 15 years old. He was told that Omar was arrested in a house with other people. The house was bombed, and then ground forces entered the house. Everyone in the house was dead, and one American soldier was injured during the raid, and died a number of days later.

52.     Omar was trapped under a wall that fell on him. When he was taken into custody he had two bullet holes in his chest, one bullet in his stomach, and left eye's vision was reduced by 70%.

53.     During his time at Guantanamo Bay, I am advised that Abdurahman never saw Omar. However, they did speak one time through a fence. Omar expressed concerns over his health and the fact that, without medical attention, he would completely lose the sight in his left eye.

54.     I have been advised that, even though Omar was so young when he was arrested, he has always been kept in the general adult population in Guantanamo Bay.

55.     I am Omar's grandmother, and have known him all his life. He never chose to move to Afghanistan, but was following his father's wishes. I believe that I am familiar with his character, and I do not believe that this child is capable of committing acts of terror.

56.     I make this affidavit from my personal knowledge or from information conveyed to me, for the purpose of this petition and for no other purpose or motive.


SWORN BEFORE ME this  10   day      )
of   MARCH    , 2004 in the City of Toronto)
in the Municipality of Metropolitan      )
Toronto, in the Province of Ontario, in   )
the Country of Canada.                    )
                                          )
                                          )
_____          )  _____
James H. Silver                           )        Fatmah Elsamnah
A Commissioner for taking oaths           )
in and for the Province of Ontario        )
                                          )