UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **O.K., et al.,**<br><br>    **Petitioners,**<br><br>        v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>    **Respondents.** | Civil Action No. 04-1136 (JDB) |

## ORDER

Upon consideration of [108] petitioners' application for preliminary injunction to enjoin interrogation, torture and other cruel, inhuman, or degrading treatment of petitioner, and [113] petitioners' motion for preliminary injunction to provide notice of intent to remove petitioner from Guantánamo, and the entire record in this case, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is this  12th  day of July, 2005, hereby

**ORDERED** that [108] petitioners' application for preliminary injunction to enjoin interrogation, torture and other cruel, inhuman, or degrading treatment of petitioner is **DENIED**; and it is further

**ORDERED** that [113] petitioners' motion for preliminary injunction to provide notice of intent to remove petitioner from Guantánamo is **DENIED**.

                                                                             /s/ John D. Bates
                                                                             JOHN D. BATES
                                                         United States District Judge

Copies to:

Mainer I. Ahmad
Richard J. Wilson
American University Washington College of Law
4801 Massachusetts Avenue, NW
Washington, DC 20016
(202) 274-4140
Fax: (202) 274-0659
Email: mahmad@wcl.american.edu
Email: rwilson@wcl.american.edu
    *Counsel for petitioners*

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8298
(202) 514-4107
Fax: (202) 616-8460
Email: terry.henry@usdoj.gov
    *Counsel for respondents*