# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 08-5233** | **September Term 2009** |

04-cv-01136, 04-cv-01164, 04-cv-01194,
04-cv-01254, 04-cv-01937, 04-cv-02022,
04-cv-02035, 04-cv-02046, 04-cv-02215,
05-cv-00023, 05-cv-00247, 05-cv-00270,
05-cv-00280, 05-cv-00329, 05-cv-00359,
05-cv-00392, 05-cv-00492, 05-cv-00520,
05-cv-00526, 05-cv-00569, 05-cv-00634,
05-cv-00748, 05-cv-00763, 05-cv-00764,
05-cv-00833, 05-cv-00877, 05-cv-00881,
05-cv-00883, 05-cv-00889, 05-cv-00892,
05-cv-00993, 05-cv-00994, 05-cv-00995,
05-cv-00998, 05-cv-00999, 05-cv-01048,
05-cv-01124, 05-cv-01189, 05-cv-01220,
05-cv-01236, 05-cv-01244, 05-cv-01347,
05-cv-01353, 05-cv-01429, 05-cv-01457,
05-cv-01458, 05-cv-01490, 05-cv-01497,
05-cv-01504, 05-cv-01505, 05-cv-01506,
05-cv-01509, 05-cv-01555, 05-cv-01592,
05-cv-01601, 05-cv-01607, 05-cv-01623,
05-cv-01638, 05-cv-01639, 05-cv-01645,
05-cv-01646, 05-cv-01649, 05-cv-01704,
05-cv-01725, 05-cv-01971, 05-cv-01983,
05-cv-02010, 05-cv-02083, 05-cv-02088,
05-cv-02104, 05-cv-02185, 05-cv-02186,
05-cv-02199, 05-cv-02200, 05-cv-02249,
05-cv-02349, 05-cv-02367, 05-cv-02371,
05-cv-02378, 05-cv-02379, 05-cv-02380,
05-cv-02381, 05-cv-02384, 05-cv-02385,
05-cv-02386, 05-cv-02387, 05-cv-02444,
05-cv-02477, 05-cv-02479, 06-cv-00618,
06-cv-01668, 06-cv-01674, 06-cv-01684,
06-cv-01688, 06-cv-01690, 06-cv-01691,
06-cv-01758, 06-cv-01759, 06-cv-01761,
06-cv-01765, 06-cv-01766, 06-cv-01767,
07-cv-01710, 07-cv-02337, 07-cv-02338,
08-cv-01085, 08-cv-01101, 08-cv-01104,
08-cv-01153

**Filed On:** April 29, 2010

Omar Khadr, Detainee, Camp Delta,

    Appellee

    v.

Barack Obama, President of the United
States, et al.,

    Appellants
--------------------------------
Consolidated with 08-5234, 08-5235,
08-5236, 08-5237, 08-5238, 08-5239,

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5233**                                                  **September Term 2009**

08-5240, 08-5241, 08-5242, 08-5243,
08-5244, 08-5245, 08-5246, 08-5247,
08-5248, 08-5249, 08-5250, 08-5251,
08-5252, 08-5253, 08-5254, 08-5255,
08-5256, 08-5257, 08-5258, 08-5259,
08-5260, 08-5261, 08-5262, 08-5263,
08-5264, 08-5265, 08-5266, 08-5267,
08-5268, 08-5269, 08-5270, 08-5271,
08-5272, 08-5273, 08-5274, 08-5275,
08-5276, 08-5277, 08-5278, 08-5280,
08-5281, 08-5282, 08-5283, 08-5284,
08-5285, 08-5286, 08-5288, 08-5289,
08-5291, 08-5292, 08-5293, 08-5294,
08-5295, 08-5296, 08-5297, 08-5299,
08-5300, 08-5301, 08-5302, 08-5303,
08-5304, 08-5305, 08-5306, 08-5308,
08-5309, 08-5310, 08-5311, 08-5312,
08-5313, 08-5314, 08-5315, 08-5316,
08-5317, 08-5318, 08-5319, 08-5320,
08-5321, 08-5322, 08-5323, 08-5325,
08-5326, 08-5327, 08-5328, 08-5329,
08-5330, 08-5331, 08-5332, 08-5333,
08-5334, 08-5335, 08-5336, 08-5337,
08-5338, 08-5339, 08-5340, 08-5341,
08-5342, 08-5343, 08-5345, 08-5346,
08-5347, 08-5348

**BEFORE:**   Henderson, Rogers, and Brown, Circuit Judges

### ORDER

Upon consideration of the responses to the court's January 21, 2010 order; appellants' motion to vacate and remand; and appellees' motions to hold in abeyance, the notices of joinder thereto, the oppositions to the abeyance motions, and the replies, it is

**ORDERED** that Nos. 08-5271, 08-5331, and 08-5348 be dismissed as moot based on the government's representation that appellees Abu Abdul Rauf Zalita, Mohammed Ahmed Taher, and Mohammed Sulaymon Barre have been transferred from Guantanamo Bay and are no longer in the custody and control of the United States government. It is

**FURTHER ORDERED** that the consolidation of Nos. 08-5271, 08-5331, and 08-5348 with Nos. 08-5233, et al., be terminated. It is

**FURTHER ORDERED** that No. 08-5235 be dismissed as moot with respect to appellee Atag Ali Abdoh. It is


# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5233**                                    **September Term 2009**

    **FURTHER ORDERED** that No. 08-5236 be dismissed as moot with respect to appellee Jamal Mar'i and his next friend, and appellee Farouk Ali Ahmed Saif. It is

    **FURTHER ORDERED** that No. 08-5244 be dismissed as moot with respect to appellee Sherif El-Mashad and his next friend. It is

    **FURTHER ORDERED** that No. 08-5314 be dismissed as moot with respect to appellee Mohammad Rahim and his next friend. It is

    **FURTHER ORDERED** that No. 08-5321 be dismissed as moot with respect to appellee Riad Nargeri. It is

    **FURTHER ORDERED** that No. 08-5322 be dismissed as moot with respect to appellees Saif Ullah and Adel Lnu. It is

    **FURTHER ORDERED** that the motions to hold in abeyance be dismissed as moot in light of the Supreme Court's order denying the petition for writ of certiorari in <u>Kiyemba v. Obama</u>, No. 09-581 (U.S. Mar. 22, 2010). It is

    **FURTHER ORDERED**, on the court's own motion, that the remaining appellees in these consolidated cases show cause, within 30 days of the date of this order, why the district court's orders requiring advance notice of transfer should not be vacated and the cases remanded. See <u>Kiyemba v. Obama</u>, 561 F.3d 509 (D.C. Cir. 2009). Each appellee's response to the order to show cause may not exceed 10 pages, but appellees are strongly encouraged to file a joint response, not to exceed 10 pages. Appellants may file a reply, not to exceed 5 pages, within 14 days of service of each appellee's response.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate in Nos. 08-5271, 08-5331, and 08-5348. The Clerk is further directed to withhold issuance of the mandate in Nos. 08-5235, 08-5236, 08-5244, 08-5314, 08-5321, and 08-5322 until resolution of the remainder of those appeals.

**Per Curiam**