UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OMAR KHADR,**<br><br>Petitioner,<br><br>v.<br><br>**BARACK H. OBAMA, et al.,**<br><br>Respondents. | Civil Action No. 04-1136 (JDB)<br><br>Misc. No. 08-0442 (TFH) |

## ORDER

Before the Court are [297] Khadr's motion for leave to file a second amended habeas petition and [305] Khadr's motion to lift the stay in this case. Upon consideration of these motions, the parties' several memoranda, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that Khadr's motion for leave to file a second amended habeas petition is **GRANTED**; and it is further

**ORDERED** that his motion to lift the stay is **DENIED**.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: July 20, 2010